# EXHIBITS



| | Page |
|---|---|
| EXHIBIT A | 12 |
| EXHIBIT B | 15 |
| EXHIBIT C | 25 |
| EXHIBIT D | 58 |
| EXHIBIT E | 62 |
| EXHIBIT F | 64 |
| EXHIBIT G | 69 |
| EXHIBIT H | 71 |
| EXHIBIT I | 74 |

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# ARMA

**Reg. No. 6,009,131**

**Registered Mar. 10, 2020**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

ARMA SPORT, INC. (DELAWARE CORPORATION)
444 S. Cedros Ave #175
Solana Beach, CALIFORNIA 92075

CLASS 5: dietary and nutritional supplements for endurance sports

FIRST USE 8-00-2019; IN COMMERCE 8-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "ARMA" is "WEAPON".

SER. NO. 88-261,003, FILED 01-14-2019

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT B

| | |
|---|---|
| **To:** | Rahal Biosciences (docket@jpglegal.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90028364 - ARMRA - N/A |
| **Sent:** | October 10, 2020 01:18:37 PM |
| **Sent As:** | ecom108@uspto.gov |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 90028364

**Mark:** ARMRA

**Correspondence Address:**
JEREMY PETER GREEN
JPG LEGAL
68 JAY STREET
SUITE 612
BROOKLYN, NY 11201
**Applicant:** Rahal Biosciences

**Reference/Docket No.** N/A

**Correspondence Email Address:**

docket@jpglegal.com

## NONFINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date: October 10, 2020**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:
- Trademark Act Section 2(d) - Likelihood of Confusion Refusal
- Prior Pending Application
- Identification of Goods

**Trademark Act Section 2(d) - Likelihood of Confusion Refusal**

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 6009131. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registration.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.* , 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

***Similarity of Marks***

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC* , 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam* , 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

In the instant case, the applicant's mark ARMRA is similar to the registered mark ARMA because both marks combine the similar letters ARMA. Although the applicant's mark contains an additional letter "R," this does not obviate the similarity of the marks.

Additionally, the marks are similar in sound because they may be pronounced in a similar way. There is no correct pronunciation of a mark because it is impossible to predict how the public will pronounce a particular mark. *See Embarcadero Techs., Inc. v. RStudio, Inc.*, 105 USPQ2d 1825, 1835 (TTAB 2013) (quoting *In re Viterra Inc.*, 671 F.3d 1358, 1367, 101 USPQ2d 1905, 1912 (Fed. Cir. 2012); *In re The Belgrade Shoe Co*., 411 F.2d 1352, 1353, 162 USPQ 227, 227 (C.C.P.A. 1969)); TMEP §1207.01(b)(iv). The marks in question could clearly be pronounced the same; such similarity in sound alone may be sufficient to support a finding that the marks are confusingly similar. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *see In re 1st USA Realty Prof'ls, Inc.* , 84 USPQ2d 1581, 1586 (TTAB 2007); TMEP §1207.01(b)(iv).

Moreover, slight differences in the sound of similar marks will not avoid a likelihood of confusion. *In re Energy Telecomm. & Elec. Ass'n* , 222 USPQ 350, 351 (TTAB 1983); *see In re Viterra Inc.*, 671 F.3d 1358, 1367, 101 USPQ2d 1905, 1912 (Fed. Cir. 2012).

Therefore, the marks are confusingly similar.

***Relatedness of Goods/Services***

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Here, as evidenced by the identification of goods/services in the instant application and cited registration, the applicant's goods are closely related to the registrant's goods because the goods listed are supplements including dietary and nutritional supplements.

Where the goods and/or services of an applicant and registrant are "similar in kind and/or closely related," the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as in the case of diverse goods and/or services. *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354 (Fed. Cir. 2004); TMEP §1207.01(b).

Moreover, determining likelihood of confusion is based on the description of the goods and/or services stated in the application and registration at issue, not on extrinsic evidence of actual use. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1307, 128 USPQ2d 1047, 1052 (Fed. Cir. 2018) (citing *In re i.am.symbolic, llc*, 866 F.3d 1315, 1325, 123 USPQ2d 1744, 1749 (Fed. Cir. 2017)).

In this case, the application use(s) broad wording to describe the supplements, which presumably encompasses all goods of the type described, including registrant's more narrow dietary and nutritional supplements for endurance sports. *See, e.g.*, *In re Solid State Design Inc.*, 125 USPQ2d 1409, 1412-15 (TTAB 2018); *Sw. Mgmt., Inc. v. Ocinomled, Ltd.*, 115 USPQ2d 1007, 1025 (TTAB 2015). Thus, applicant's and registrant's goods are legally identical. *See, e.g.*, *In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1629 (TTAB 2018) (citing *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp., Inc.*, 648 F.2d 1335, 1336, 209 USPQ 986, 988 (C.C.P.A. 1981); *Inter IKEA Sys. B.V. v. Akea, LLC,* 110 USPQ2d 1734, 1745 (TTAB 2014); *Baseball Am. Inc. v. Powerplay Sports Ltd.*, 71 USPQ2d 1844, 1847 n.9 (TTAB 2004)).

Additionally, the goods of the parties have no restrictions as to nature, type, channels of trade, or classes of purchasers and are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268, 62 USPQ2d 1001, 1005 (Fed. Cir. 2002)). Thus, applicant's and registrant's goods are related.

Neither the application nor the registration(s) contains any limitations regarding trade channels for the goods and therefore it is assumed that registrant's and applicant's goods are sold everywhere that is normal for such items, i.e., dietary and nutritional supplements stores and health food stores. Thus, it can also be assumed that the same classes of purchasers shop for these items and that consumers are accustomed to seeing them sold under the same or similar marks. *See Kangol Ltd. v. KangaROOS U.S.A., Inc.*, 974 F.2d 161, 23 USPQ2d 1945 (Fed. Cir. 1992); *In re Smith & Mehaffey,* 31 USPQ2d 1531 (TTAB 1994); TMEP §1207.01(a)(iii).

Next, the Trademark Trial and Appeal Board and its primary reviewing court have used a stricter standard to determine likelihood of confusion for pharmaceuticals or medicinal products due to the potential harm or serious consequences that could be caused if the public confused one drug or medicinal product for another. *See Glenwood Labs., Inc. v. Am. Home Prods. Corp.*, 455 F.2d 1384, 1386-87, 173 USPQ 19, 21-22 (C.C.P.A. 1972); *Schering Corp. v. Alza Corp.*, 207 USPQ 504, 509 (TTAB 1980); *Ethicon, Inc. v. Am. Cyanamid Co.*, 192 USPQ 647, 651-52 (TTAB 1976); TMEP §1207.01(d)(xii). Although physicians and pharmacists are no doubt carefully trained to recognize differences in the characteristics of pharmaceuticals or medicinal products, they are not immune from mistaking similar trademarks used on these goods. *See Alfacell Corp. v. Anticancer Inc.*, 71 USPQ2d 1301, 1305-06 (TTAB 2004); *Blansett Pharmacal Co. v. Carmrick Labs., Inc.*, 25 USPQ2d 1473, 1477 (TTAB 1992); *Schering Corp.*, 207 USPQ at 509. Thus, in this case where confusion could result in harm or other serious consequences to consumers, this potential harm is considered an additional relevant factor and a lesser degree of proof may be sufficient to establish a likelihood of confusion. *See Glenwood Labs., Inc.*, 455 F.2d at 1386-87, 173 USPQ at 21-22; *Schering Corp.*, 207 USPQ at 509; *Ethicon, Inc.*, 192 USPQ at 651-52; TMEP §1207.01(d)(xii). Here, the goods at issue, namely, supplements may be taken for medicinal purposes. Therefore, a stricter standard is used to determine a likelihood of confusion.

The presumption under Trademark Act Section 7(b) is that the registrant is the owner of the mark and that their use of the mark extends to all goods and/or services identified in the registration. 15 U.S.C. §1057(b). In the absence of limitations as to channels of trade or classes of purchasers in the goods and/or services in the registration, the presumption is that the goods and/or services move in all trade channels normal for such goods and/or services and are available to all potential classes of ordinary consumers of such goods and/or services. *See In re I-Coat Co.*, 126 USPQ2d 1730, 1737 (TTAB 2018); *In re Melville Corp.*, 18 USPQ2d 1386, 1388 (TTAB 1991); TMEP §1207.01(a)(iii).

Accordingly, because confusion to source is likely, registration is refused under Trademark Act Section 2(d) based on a likelihood of confusion.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

***Applicant should note the following potential additional ground for refusal.***

**Prior Pending Application**

The filing date of pending U.S. Application Serial No. 88424650 precedes applicant's filing date. See attached referenced application. If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the two marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon receipt of

applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

***If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.***

**Identification of Goods**

Particular wording in the identification of goods is unacceptable because it is indefinite and too broad. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03. Please see specific requirements appearing below in italicized lettering and suggested wording that the applicant may adopt appearing below in bold lettering.

Applicant may substitute the following wording, if accurate:

Class 005: "Flavonoids for use as a dietary supplement; Liquid nutritional supplement; Nutraceuticals for use as a dietary supplement; Nutritional supplements in the form of powder, liquid, gummy, beverage and {*specify nature/type of edible form, e.g.* other edible forms, **in particular, edible wafers**}; Prebiotic supplements"

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

**How to respond.** **Click to file a response to this nonfinal Office action.**

/Natalie M. Polzer/
Natalie M. Polzer
Trademark Examining Attorney
Law Office 108
(571) 272-4103
natalie.polzer@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**Print: Oct 6, 2020** **88261003**

**DESIGN MARK**

**Serial Number**
88261003

**Status**
REGISTERED

**Word Mark**
ARMA

**Standard Character Mark**
Yes

**Registration Number**
6009131

**Date Registered**
2020/03/10

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ARMA SPORT, INC. CORPORATION DELAWARE 444 S. CEDROS AVE #175 SOLANA BEACH CALIFORNIA 92075

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S: dietary and nutritional supplements for endurance sports. First Use: 2019/08/00. First Use In Commerce: 2019/08/00.

**Translation Statement**
The English translation of "ARMA" is "WEAPON".

**Filing Date**
2019/01/14

**Examining Attorney**
SONNEBORN, TRICIA

**Attorney of Record**
PERRY J. VISCOUNTY

# ARMA

**Print: Oct 6, 2020** **88424650**

**DESIGN MARK**

**Serial Number**
88424650

**Status**
NOTICE OF ALLOWANCE - ISSUED

**Word Mark**
ARMA SPORT

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ARMA SPORT, INC. CORPORATION DELAWARE 444 S. CEDROS AVE #175 SOLANA BEACH CALIFORNIA 92075

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S: DIETARY AND NUTRITIONAL SUPPLEMENTS FOR ENDURANCE SPORTS.

**Goods/Services**
Class Status -- ACTIVE. IC 025. US 022 039. G & S: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SHORTS, PANTS, SOCKS; ATHLETIC APPAREL, NAMELY, SHIRTS, SWEAT PANTS, JACKETS, HATS AND CAPS.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORT" APART FROM THE MARK AS SHOWN.

**Translation Statement**
The English translation of the word "ARMA" in the mark is "weapon".

**Filing Date**
2019/05/10

**Examining Attorney**
ADORNO, LUZ MARIA

**Attorney of Record**
PERRY J. VISCOUNTY

# ARMA SPORT

| | |
|---|---|
| **To:** | Rahal Biosciences (docket@jpglegal.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90028364 - ARMRA - N/A |
| **Sent:** | October 10, 2020 01:18:38 PM |
| **Sent As:** | ecom108@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **October 10, 2020** for
**U.S. Trademark Application Serial No. 90028364**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

/Natalie M. Polzer/
Natalie M. Polzer
Trademark Examining Attorney
Law Office 108
(571) 272-4103
natalie.polzer@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **October 10, 2020**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

- **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

# EXHIBIT C

| | |
|---|---|
| **To:** | Rahal Biosciences (docket@jpglegal.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90028364 - ARMRA - N/A |
| **Sent:** | May 31, 2022 05:43:48 PM |
| **Sent As:** | ecom108@uspto.gov |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5<br>Attachment - 6<br>Attachment - 7<br>Attachment - 8<br>Attachment - 9<br>Attachment - 10<br>Attachment - 11<br>Attachment - 12<br>Attachment - 13<br>Attachment - 14<br>Attachment - 15<br>Attachment - 16<br>Attachment - 17<br>Attachment - 18<br>Attachment - 19<br>Attachment - 20<br>Attachment - 21<br>Attachment - 22<br>Attachment - 23<br>Attachment - 24<br>Attachment - 25<br>Attachment - 26 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 90028364

**Mark:** ARMRA

**Correspondence Address:**
Jeremy Peter Green
JPG LEGAL
SUITE 612
68 JAY STREET
BROOKLYN NY 11201
**Applicant:** Rahal Biosciences

**Reference/Docket No.** N/A

**Correspondence Email Address:**
docket@jpglegal.com

# FINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS) and/or Electronic System for Trademark Trials and Appeals (ESTTA). A link to the appropriate TEAS response form and/or to ESTTA for an appeal appears at the end of this Office action.

**Issue date: May 31, 2022**

On 01/11/2021, action on this application was suspended pending the disposition of U.S. Application Serial No. 88424650. The referenced pending application has abandoned and is no longer a potential bar to the registration of applicant's mark.

However, for the reasons set forth below, the refusal under Trademark Act Section 2(d) is now made **FINAL** with respect to U.S. Registration No. 6009131. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.63(b).

**Refusal Based on Likelihood of Confusion**

***General Principles in Determining Likelihood of Confusion***

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

**The Marks**

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

In the present case, the applicant's mark is ARMRA and the registrant's mark is ARMA. As explained in the initial Office action, the marks are similar in sound and appearance because both marks are comprised of the similar letter combinations ARMA.

The applicant argues that the marks at issue are not similar when viewed as a whole because the applicant's mark contains an additional the letter "R." This argument is not persuasive.

Marks must be compared in their entireties and should not be dissected; however, a trademark examining attorney may weigh the individual components of a mark to determine its overall commercial impression. *In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) ("[Regarding the issue of confusion,] there is nothing improper in stating that . . . more or less weight has been given to a particular feature of a mark, provided the ultimate conclusion rests on consideration of the marks in their entireties." (quoting *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985)). Here, the similar letter combinations ARMA comprising the marks at issue evince the similarity of the marks.

Next, adding a letter or term to a registered mark generally does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d). *See Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (finding BENGAL and BENGAL LANCER and design confusingly similar); *In re Toshiba Med. Sys.*

*Corp.*, 91 USPQ2d 1266, 1269 (TTAB 2009) (finding TITAN and VANTAGE TITAN confusingly similar); *In re El Torito Rests., Inc.*, 9 USPQ2d 2002, 2004 (TTAB 1988) (finding MACHO and MACHO COMBOS confusingly similar); TMEP §1207.01(b)(iii). In the present case, the marks are identical in part.

Moreover, incorporating the entirety of one mark within another does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d). *See Wella Corp. v. Cal. Concept Corp.*, 558 F.2d 1019, 1022, 194 USPQ 419, 422 (C.C.P.A. 1977) (finding CALIFORNIA CONCEPT and surfer design and CONCEPT confusingly similar); *Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (finding BENGAL LANCER and design and BENGAL confusingly similar); *In re Integrated Embedded*, 120 USPQ2d 1504, 1513 (TTAB 2016) (finding BARR GROUP and BARR confusingly similar); *In re Mr. Recipe, LLC*, 118 USPQ2d 1084, 1090 (TTAB 2016) (finding JAWS DEVOUR YOUR HUNGER and JAWS confusingly similar); TMEP §1207.01(b)(iii). In the present case, the registered mark ARMA is incorporated into the proposed mark ARMRA.

Next, the applicant argues that the marks at issue are not similar because the registered mark has a direct translation meaning "weapon" whereas the proposed mark is not a translation of another term. This argument is not persuasive.

Although the applicant's mark has no meaning in a foreign language, as stated above, similarity in any one of the compared elements, i.e. appearance, sound, connotation, commercial impression, may be sufficient to find the marks confusingly similar. *See In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Here, in addition to being similar in appearance, the marks ARMRA and ARMA are similar in sound. Similarity in sound alone may be sufficient to support a finding that the compared marks are confusingly similar. *In re 1st USA Realty Prof'ls, Inc.*, 84 USPQ2d 1581, 1586 (TTAB 2007) (citing *Krim-Ko Corp. v. Coca-Cola Bottling Co.*, 390 F.2d 728, 732, 156 USPQ 523, 526 (C.C.P.A. 1968)); TMEP §1207.01(b)(iv).

There is no correct pronunciation of a mark; thus, consumers may pronounce a mark differently than intended by the mark owner. *See In re Viterra, Inc.*, 671 F.3d 1358, 1367, 101 USPQ2d 1905, 1912 (Fed. Cir. 2012) (citing *Interlego AG v. Abrams/Gentile Entm't, Inc.* , 63 USPQ2d 1862, 1863 (TTAB 2002)); TMEP §1207.01(b)(iv). Here, ARMRA and ARMA could clearly be pronounced similarly.

Moreover, slight differences in the sound of similar marks will not avoid a likelihood of confusion. *In re Energy Telecomms. & Elec. Ass'n* , 222 USPQ 350, 351 (TTAB 1983); *see In re Viterra Inc.*, 671 F.3d 1358, 1367, 101 USPQ2d 1905, 1912 (Fed. Cir. 2012).

Therefore, the marks are confusingly similar.

**The Goods and Channels of Trade**

The applicant's goods are closely related to the registrant's goods because the goods are supplements, including dietary and nutritional supplements, and are of the type that may emanate from a single source and be marketed and sold together under the same channels of trade.

The attached Internet evidence, consisting of dietary and nutritional supplement maker/seller websites, e.g. https://jarrow.com/, https://www.naturemade.com/ and https://www.prosource.net/ establishes that the same entity commonly manufactures, produces, or provides the relevant goods and markets the goods under the same mark, the relevant goods are sold or provided through the same trade channels and used by the same classes of consumers in the same fields of use, the goods are similar or complementary in terms of purpose or function. Thus, applicant's and registrant's goods are considered related for likelihood of confusion purposes. *See, e.g.*, *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

Next, determining likelihood of confusion is based on the description of the goods and/or services stated in the application and registration at issue, not on extrinsic evidence of actual use. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1307, 128 USPQ2d 1047, 1052 (Fed. Cir. 2018) (citing *In re i.am.symbolic, llc*, 866 F.3d 1315, 1325, 123 USPQ2d 1744, 1749 (Fed. Cir. 2017)).

In this case, the application use(s) broad wording to describe dietary supplements, nutritional supplements and prebiotic supplements which presumably encompasses all goods and/or services of the type described, including registrant's more narrow type of dietary and nutritional supplements for endurance sports. *See, e.g.*, *In re Solid State Design Inc.*, 125 USPQ2d 1409, 1412-15 (TTAB 2018); *Sw. Mgmt., Inc. v. Ocinomled, Ltd.*, 115 USPQ2d 1007, 1025 (TTAB 2015). Thus, applicant's and registrant's goods are legally identical. *See, e.g.*, *In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1629 (TTAB 2018) (citing *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp., Inc.*, 648 F.2d 1335, 1336, 209 USPQ 986, 988 (C.C.P.A. 1981); *Inter IKEA Sys. B.V. v. Akea, LLC*, 110 USPQ2d 1734, 1745 (TTAB 2014); *Baseball Am. Inc. v. Powerplay Sports Ltd.*, 71 USPQ2d 1844, 1847 n.9 (TTAB 2004)).

Additionally, the goods and/or services of the parties have no restrictions as to nature, type, channels of trade, or classes of purchasers and are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268, 62 USPQ2d 1001, 1005 (Fed. Cir. 2002)).

Thus, applicant's and registrant's goods and/or services are related.

The examining attorney notes that the applicant provided no arguments or evidence refuting the relatedness of the goods and trade channels for the goods.

Next, "'[a] showing of actual confusion is not necessary to establish a likelihood of confusion.'" *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017) (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); TMEP §1207.01(d)(ii). "[T]he relevant test is *likelihood* of confusion, not *actual* confusion." *In re Detroit Athletic Co*., 903 F.3d 1297, 1309, 128 USPQ2d 1047, 1053 (Fed. Cir. 2018) (emphasis in original). "Uncorroborated statements of no known instances of actual confusion . . . are of little evidentiary value," especially in ex parte examination. *In re Majestic Distilling Co.*, 315 F.3d 1311, 1317, 65 USPQ2d 1201, 1205 (Fed. Cir. 2003).

Additionally, the fact that purchasers are sophisticated or knowledgeable in a particular field does not necessarily mean that they are sophisticated or knowledgeable in the field of trademarks or immune from source confusion. TMEP §1207.01(d)(vii); *see, e.g.*, *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d. 1317, 1325, 110 USPQ2d 1157, 1163-64 (Fed. Cir. 2014); *Top Tobacco LP v. N. Atl. Operating Co.*, 101 USPQ2d 1163, 1170 (TTAB 2011). Further, where the purchasers consist of both professionals and the public, the standard of care for purchasing the goods is that of the least sophisticated potential purchaser. *In re FCA US LLC*, 126 USPQ2d 1214, 1222 (TTAB 2018) (citing *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d. at 1325, 110 USPQ2d at 1163), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 375518 (Fed. Cir. 2019).

Consequently, consumers familiar with the registrant's mark ARMA may assume, albeit falsely, that the supplements provided under the applicant's mark ARMRA originate with the registrant. Similarly, consumers familiar with the applicant's mark may assume, albeit falsely, that the supplements provided under the registrant's mark originate with the applicant. The Trademark Act not only guards against the misimpression that the senior user is the source of a junior user's goods and/or services, but it also protects against "reverse confusion," where a significantly larger or prominent junior user is perceived as the source of a smaller, senior user's goods and/or services such that the "senior user may experience diminution or even loss of its mark's identity and goodwill due to extensive use of a confusingly similar mark by the junior user" for related goods and/or services. *In re i.am.symbolic, llc*, 866 F.3d 1315, 1329, 123 USPQ2d 1744, 1752 (Fed. Cir. 2017) (quoting *In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993)); *Fisons Horticulture, Inc. v. Vigoro Indust., Inc.*, 30 F.3d 466, 474-75, 31 USPQ2d 1592, 1597-98 (3d Cir. 1994).

**Conclusion**

Considering the marks at issue, the applicant's mark ARMRA is similar to the registrant's mark ARMA because both marks are comprised of the similar letter combinations ARMA and are similar in sound. The applicant's goods are closely related to the registrant's goods because the goods are supplements, including dietary and nutritional supplements, and are of the type that may emanate from a single source and be marketed and sold/provided together under the same channels of trade.

Thus, in view of the foregoing, the refusal to register under Section 2(d) of the Trademark Act is continued and made **FINAL**.

Please call or email the assigned trademark examining attorney with questions about this Office action.

**How to respond.** **Click to file a request for reconsideration of this final Office action** that fully resolves all outstanding requirements and refusals **and/or** **click to file a timely appeal to the Trademark Trial and Appeal Board (TTAB)** with the required filing fee(s).

/Natalie M. Polzer/
Natalie M. Polzer
Trademark Examining Attorney
Law Office 108
(571) 272-4103
natalie.polzer@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by

the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.


jarrow.com
Free shipping on all online orders.
FREE SHIPPING ON ALL PRODUCTS
Jarrow FORMULAS
Shop All
Shop Health & Wellness
Shop Probiotics
New
Sale
Contact Us
Be Gut Smart With Probiotic Gummies
Jarrow Formulas' new probiotic gummies feature two clinically-studied probiotic strains to promote digestive and immune system health in just two gummies daily*
SHOP NOW
Probiotic +Immune
Probiotic +Prebiotic
Probiotic Duo
Methyl B-12
Ubiquinol QH-absorb
5:01:14 PM 5/31/2022


Sports & Fitness - Jarrow Formul
jarrow.com/collections/sports-fitness
PTOWeb Homepage
Google
United States Paten...
Other trademark co...
Abbreviations and...
OneLook Dictionary...
Virginia State Bar
Response forms | U...
Check status and vi...
Lexis+ Legal Resear...
The Columbia Ency...
TM EXAM DOCKET
USPTO Design Sear...
Free shipping on all online orders.
FREE SHIPPING ON ALL PRODUCTS
Jarrow FORMULAS
endurance
Shop All
Shop Health & Wellness
Shop Probiotics
New
Sale
Contact Us
Sports & Fitness
Improve Fitness and Metabolic Health*
Many people engage in regular physical activity and sport to improve fitness and metabolic health. Jarrow Formulas' sports and fitness formulations provide nutritional support for physical activity and muscle recovery from exercise to promote health and fitness depending on your individual fitness needs.*
Home / Sports & Fitness / Page 1 of 1
Filter by: All Sports & Fitness
Sort by: Featured
Product Categories
All Items
5:02:37 PM 5/31/2022


Sports & Fitness - Jarrow Formul
jarrow.com/collections/sports-fitness
PTOWeb Homepage
Google
United States Paten...
Other trademark co...
Abbreviations and...
OneLook Dictionary...
Virginia State Bar
Response forms | U...
Check status and vi...
Lexis+ Legal Resear...
The Columbia Ency...
TM EXAM DOCKET
USPTO Design Sear...
Home / Sports & Fitness / Page 1 of 1
Filter by: All Sports & Fitness
Sort by: Featured
Product Categories
All Items
Amino Acids
Antioxidants
Beauty Support
+ More
Arginine
100 Tablets
1000 mg Per Serving
LEARN MORE
$20.50 BUY
Arginine-Citrulline Sustain™
120 Tablets
LEARN MORE
$29.95 BUY
L-Carnitine
50 Veggie Caps
500 mg Per Serving
LEARN MORE
$24.95 BUY
L-Carnitine
100 Veggie Caps
500 mg Per Serving
LEARN MORE
$44.95 BUY
L-Carnitine
100 Vegetarian Licaps®
500 mg Per Serving
LEARN MORE
$37.95 BUY
L-Glutamine
120 Veggie Caps
750 mg Per Serving
LEARN MORE
SOLD OUT
L-Glutamine
100 Easy-Solv® Tablets
1000 mg Per Serving
LEARN MORE
$19.50 BUY
L-Glutamine
35.3 oz (2.2 lb) 1000 g Powder
LEARN MORE
$68.95 BUY
MCT Oil
20 fl oz (591 ml) 1.25 pt Liquid
LEARN MORE
SOLD OUT
5:03:28 PM 5/31/2022

Jarrow Formulas L-Carnitine 500

jarrow.com/collections/sports-fitness/products/l-carnitine-500-mg-50-veggie-caps

PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET | USPTO Design Sear...

Free shipping on all online orders.

FREE SHIPPING ON ALL PRODUCTS

Jarrow FORMULAS

Shop All | Shop Health & Wellness | Shop Probiotics | New | Sale | Contact Us

SPEND $100 OR MORE **GET 5% OFF** WITH CODE: **JARROW5**

**GET 10% OFF** JARRO-DOPHILUS WOMEN WITH CODE: **WOMEN10**

Home / Sports & Fitness / **L-Carnitine**

←Prev | Next→




## L-Carnitine

**500 mg Per Serving**

*Amino Acid Like Compound Found in Heart and Liver Tissues That Supports the Metabolism of Fats and Production of ATP (i.e., Energy)*

Important Cofactor for Energy Production from Fats*

**$24.95**

Qty 1

ADD TO CART

Included with your order:

**FREE Shipping**

**L-Carnitine Highlights**

- L-carnitine as L-carnitine Tartrate
- Vegetarian/Vegan

## About L-Carnitine

**L-Carnitine** is an amino acid found in high concentrations in muscle, heart, and liver tissues. Inside the cells, L-Carnitine transports fatty acids into the mitochondria for energy production (i.e., ATP) and reduces amino acid and protein breakdown.* L-Carnitine supplementation helps to support an active lifestyle and your body's natural energy production.*

5:04:18 PM 5/31/2022

Jarrow Formulas L-Glutamine 75...

jarrow.com/collections/sports-fitness/products/l-glutamine-750-mg-120-veggie-caps

PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET | USPTO Design Sear...

FREE SHIPPING ON ALL PRODUCTS

Jarrow FORMULAS

Shop All | Shop Health & Wellness | Shop Probiotics | New | Sale | Contact Us

SPEND $100 OR MORE **GET 5% OFF** WITH CODE: **JARROW5**

**GET 10% OFF** JARRO-DOPHILUS WOMEN WITH CODE: **WOMEN10**

Home / Sports & Fitness / **L-Glutamine**

← Prev | Next →




## L-Glutamine

**750 mg Per Serving**

★★★★★ 1 review

*Amino Acid Used in Muscles, Metabolism of the Immune System, Intestinal Tract, Kidneys, Gallbladder, Pancreas and Liver*

Supports Muscle Tissue* & Immune Function*

**Sold Out**

**$19.50**

Notify me when this product is available:

Enter your email address...

SEND

Included with your order:

**FREE Shipping**

## About L-Glutamine

**L-Glutamine** – the most abundant amino acid in the human body – is involved in many metabolic processes, including the synthesis and protection of muscle tissue, the production of glycogen, as well as immune support during periods of immune and muscular stress.* L-Glutamine is also a major source of fuel for enterocytes (intestinal cells) and hence supports the integrity of the intestinal lining.*

### L-Glutamine Highlights

- Jarrow Formulas® L-Glutamine is manufactured by microbiological fermentation.
- This Product Is 100% L-Glutamine and Contains NO Other Substance

5:05:11 PM 5/31/2022

Jarrow Formulas Milk Thistle Sily...

jarrow.com/products/milk-thistle-silymarin-150-mg-100-veggie-caps?_pos=1&_sid=210ea4a4d&_ss=r

PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET | USPTO Design Sear...

**Free shipping on all online orders.**

FREE SHIPPING ON ALL PRODUCTS

Jarrow FORMULAS

Shop All | Shop Health & Wellness | Shop Probiotics | New | Sale | Contact Us

SPEND $100 OR MORE
**GET 5% OFF** WITH CODE: **JARROW5**

**GET 10% OFF** JARRO-DOPHILUS WOMEN
WITH CODE: **WOMEN10**

Home / Products / **Milk Thistle Silymarin**




## Milk Thistle Silymarin

**150 mg Per Serving**

★★★★★ 1 review

*Provides Compounds That Support the Body's Antioxidant System**

Supports Liver Function*

**$17.95**

Qty

– 1 +

**ADD TO CART**

Included with your order:

**FREE Shipping**

### Milk Thistle Silymarin Highlights

- A Highly Concentrated Extract of Milk Thistle
- Supplies a Standardized 30:1 Extract Yielding 80% Total Flavonoids
- Supports Immune Response*
- Supports Liver Function*
- Antioxidant*

## About Milk Thistle Silymarin

**Jarrow Formulas® Milk Thistle** (*Silybum marianum*) 30:1 extract is standardized to contain 80% **total Milk Thistle flavonoids**, including isosilybinins, silybinins, silychristin and silydianin. This group of flavonoids, collectively known as Silymarin, supports liver function by supporting glutathione levels.*

5:05:53 PM 5/31/2022

Jarrow Formulas L-Carnitine 500

jarrow.com/products/l-carnitine-500-mg-100-vegetarian-licaps

PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET | USPTO Design Sear...

FREE SHIPPING ON ALL PRODUCTS

Jarrow FORMULAS

Shop All | Shop Health & Wellness | Shop Probiotics | New | Sale | Contact Us

SPEND $100 OR MORE
**GET 5% OFF** WITH CODE: **JARROW5**

**GET 10% OFF** JARRO-DOPHILUS WOMEN
WITH CODE: **WOMEN10**

Home / Products / **L-Carnitine**




## L-Carnitine

**500 mg Per Serving**

☆☆☆☆☆

*Amino Acid Like Compound Found in Heart and Liver Tissues That Facilitates the Metabolism of Fats and Produces ATP (i.e., Energy)*

Important Cofactor for Energy Production from Fats*

**$37.95**

Qty

– 1 + ADD TO CART

Included with your order:

**FREE Shipping**

## About L-Carnitine

**L-Carnitine** is an amino acid found in high concentrations in muscle, heart, and liver tissues. Inside the cells, L-Carnitine transports fatty acids into the mitochondria for energy production (i.e., ATP) and reduces amino acid and protein breakdown.* L-Carnitine supplementation helps to support an active lifestyle and your body's natural energy production.* Jarrow Formulas' L-Carnitine delivers 500 mg of L-Carnitine per serving in an innovative liquid capsule for easy absorption.

**L-Carnitine Highlights**

- Vegetarian L-Carnitine Liquid Caps
- Licap Technology: Easy Absorption*
- 500 mg L-Carnitine Per Liquid Capsule
- Excellent Carnitine Value
- Clear Bottle with Transparent Caps

5:07:31 PM 5/31/2022

Jarrow Formulas Probiotic+ Preb

jarrow.com/products/probiotic-prebiotic-60-gummies-cool-ship?_pos=1&_sid=1d8e8983f&_ss=r

PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET | USPTO Design Sear...

FREE SHIPPING ON ALL PRODUCTS

Jarrow FORMULAS

Shop All | Shop Health & Wellness | Shop Probiotics | New | Sale | Contact Us

SPEND $100 OR MORE **GET 5% OFF** WITH CODE: **JARROW5**

**GET 10% OFF** JARRO-DOPHILUS WOMEN WITH CODE: **WOMEN10**

Home / Products / **Probiotic+ Prebiotic**




## Probiotic+ Prebiotic

☆☆☆☆☆

Promotes Digestive and Immune Health*

**$19.99**

Qty

– 1 +

ADD TO CART

Included with your order:

**FREE 2-Day Cool Ship**

Ships Cold with Ice Packs and Insulation

## About Probiotic+ Prebiotic

**Probiotic+ Prebiotic** features two clinically-studied probiotic strains plus a prebiotic to help improve digestion, strengthen the immune system and fuel healthy gut bacteria in just two gummies daily!*

**Clinically-studied probiotic strains –** *Bacillus coagulans* (MTCC 5856) and *Bacillus subtilis* (DE111®) have excellent safety profiles and support commensal bacteria in the intestine.*

**Spore-forming probiotics –** *B. coagulans* and *B. subtilis* are non-competing, tough and generally

5:08:47 PM 5/31/2022


naturemade.com
Nature Made
#1 PHARMACIST RECOMMENDED
VITAMIN & SUPPLEMENT BRAND*
FIND A STORE
SIGN IN
Search
VITAMINS & SUPPLEMENTS
HEALTH NEEDS
EDUCATION
ABOUT US
WELLBLENDS™
NEW Nature Made® Wellblends™
Sleep, Stress & Immune Health Solutions†
SHOP NOW
The most essential vitamins you can treat your body to.
SHOP NOW
How Are Sleep, Stress & Immune System Health Connected?
LEARN MORE
Backed by science, made for you
Find the right solutions for your personal health needs.
Free Shipping $25 & Over
5:15:35 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | Shop Nutritional Supplements O...

naturemade.com/pages/supplements

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET

Nature Made

#1 PHARMACIST RECOMMENDED
VITAMIN & SUPPLEMENT BRAND*

FIND A STORE SIGN IN Search

VITAMINS & SUPPLEMENTS | HEALTH NEEDS | EDUCATION | ABOUT US | WELLBLENDS™




# Supplements

Supplement what's missing from your healthy diet with help of, well, supplements.

## Supplement Products

**Acidophilus**
A probiotic that proves itself.

**Collagen**
Shine bright from the inside out.

**CoQ10**
Supports cellular energy production.†

Free Shipping $25 & Over

5:16:39 PM 5/31/2022


TMEP
Pages - Welcome to Trademarks
Pages - Supplements (Dietary/N
Shop Nutritional Supplements O
naturemade.com/pages/supplements
Apps
PTOWeb Homepage
Google
United States Paten...
Other trademark co...
Abbreviations and...
OneLook Dictionary...
Virginia State Bar
Response forms | U...
Check status and vi...
Lexis+ Legal Resear...
The Columbia Ency...
TM EXAM DOCKET
Nature Made
#1 PHARMACIST RECOMMENDED
VITAMIN & SUPPLEMENT BRAND*
FIND A STORE
SIGN IN
Search
VITAMINS & SUPPLEMENTS
HEALTH NEEDS
EDUCATION
ABOUT US
WELLBLENDS™
Nature Made
Acidophilus
DIGESTION
SHOP THIS COLLECTION
Nature Made
Collagen
SHOP THIS COLLECTION
Nature Made
CoQ10
ENERGY
HEART
SHOP THIS COLLECTION
L-Lysine
An essential amino acid
Nature Made
L-Lysine
GENERAL WELLNESS
SHOP THIS COLLECTION
Lutein
Focus on supporting your eye health.†
Nature Made
Vision
EYE HEALTH
SHOP THIS COLLECTION
Melatonin
Sleep like a dream.†
Nature Made
Melatonin
SLEEP
SHOP THIS COLLECTION
Free Shipping $25 & Over
5:17:09 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | Shop Nutritional Supplements O...

naturemade.com/pages/supplements

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET

Nature Made

#1 PHARMACIST RECOMMENDED
VITAMIN & SUPPLEMENT BRAND*

FIND A STORE SIGN IN Search

VITAMINS & SUPPLEMENTS | HEALTH NEEDS | EDUCATION | ABOUT US | WELLBLENDS™

**Probiotics**

Help your GI tract stay in balance.




DIGESTION

SHOP THIS COLLECTION

## Supplements and Nutrition Products

Do you feel like your diet is lacking essential nutrients? If so, adding a daily supplement product can help fill nutrition gaps in your diet and support a healthy lifestyle. At Nature Made, we've designed several quality supplements for sale to help improve your nutrition and overall wellness. Whether you are looking for biotin, folic acid, or melatonin supplements, our online selection has got you covered.

**Finding the Right Supplement Product**

Not sure which dietary supplement you should be adding to your daily routine? Nature Made makes it simple. From immune health to joint health, we make it easy for you to find health supplements online to help achieve your wellness goals.

Even when eating a healthy diet, you can still fall short in key vitamins and minerals. Take over your health and wellness by adding in a dietary supplement.

Free Shipping $25 & Over

5:17:27 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | Energy Supplements – Nature M...

naturemade.com/collections/energy-supplements

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET

NatureMade | #1 PHARMACIST RECOMMENDED VITAMIN & SUPPLEMENT BRAND* | FIND A STORE | SIGN IN | Search

VITAMINS & SUPPLEMENTS | HEALTH NEEDS | EDUCATION | ABOUT US | WELLBLENDS™




# Cellular Energy†

Power your body at the cellular level†

## Get The Cellular Energy Support You Need To Get Through The Day†

Supplements can provide support for energy metabolism of key nutrients to help convert the food you eat into the cellular energy your body needs throughout the day.†

Free Shipping $25 & Over

5:18:28 PM 5/31/2022


TMEP
Pages - Welcome to Trademarks
Pages - Supplements (Dietary/N
Energy Supplements – Nature M
naturemade.com/collections/energy-supplements
Apps
PTOWeb Homepage
Google
United States Paten...
Other trademark co...
Abbreviations and...
OneLook Dictionary...
Virginia State Bar
Response forms | U...
Check status and vi...
Lexis+ Legal Resear...
The Columbia Ency...
TM EXAM DOCKET
Nature Made
#1 PHARMACIST RECOMMENDED
VITAMIN & SUPPLEMENT BRAND*
FIND A STORE
SIGN IN
Search
VITAMINS & SUPPLEMENTS
HEALTH NEEDS
EDUCATION
ABOUT US
WELLBLENDS™
Energy Supplements
NEW
Better Absorption▲ CoQ10
$22.49
4.8 (11)
BUY NOW
High Absorption Magnesium Glycinate 200 mg Capsules
$19.99
4.6 (22)
BUY NOW
Magnesium Citrate Gummies
$19.99
4.7 (45)
BUY NOW
Magnesium Citrate 250 mg Softgels
$12.89
4.1 (27)
BUY NOW
Vitamin B12 Extra Strength 2500 mcg Tablets
Vitamin B12 1000 mcg Softgels
Calcium, Magnesium and Zinc with Vitamin D3 Tablets
Magnesium 250 mg Tablets
Free Shipping $25 & Over
5:19:04 PM 5/31/2022


TMEP
Pages - Welcome to Trademarks
Pages - Supplements (Dietary/N
Energy Supplements – Nature M
naturemade.com/collections/energy-supplements
Apps
PTOWeb Homepage
Google
United States Paten...
Other trademark co...
Abbreviations and...
OneLook Dictionary...
Virginia State Bar
Response forms | U...
Check status and vi...
Lexis+ Legal Resear...
The Columbia Ency...
TM EXAM DOCKET
Nature Made
#1 PHARMACIST RECOMMENDED
VITAMIN & SUPPLEMENT BRAND*
FIND A STORE
SIGN IN
Search
VITAMINS & SUPPLEMENTS
HEALTH NEEDS
EDUCATION
ABOUT US
WELLBLENDS™
Magnesium 250 mg Softgels
$10.99
5.0 (1)
BUY NOW
Magnesium Extra Strength 400 mg Softgels
$12.99
4.2 (10)
BUY NOW
CoQ10 400 mg Softgels
$52.49
5.0 (3)
BUY NOW
CoQ10 200 mg Softgels
$41.99
5.0 (1)
BUY NOW
SHOW MORE RESULTS
B12
Vitamin B12 Extra Strength 2500 mcg Tablets
Vitamin B12 1000 mcg Softgels
Energy‡ B12 1000 mcg Gummies
Maximum Strength Vitamin B12 Softgels
Free Shipping $25 & Over
5:19:36 PM 5/31/2022


TMEP
Pages - Welcome to Trademarks
Pages - Supplements (Dietary/N...
Energy Supplements – Nature M...
naturemade.com/collections/energy-supplements
Apps PTOWeb Homepage Google United States Paten... Other trademark co... Abbreviations and... OneLook Dictionary... Virginia State Bar Response forms | U... Check status and vi... Lexis+ Legal Resear... The Columbia Ency... TM EXAM DOCKET
Nature Made
#1 PHARMACIST RECOMMENDED
VITAMIN & SUPPLEMENT BRAND*
FIND A STORE
SIGN IN
Search
VITAMINS & SUPPLEMENTS
HEALTH NEEDS
EDUCATION
ABOUT US
WELLBLENDS™
Vitamin B12 Sublingual 3000 mcg Lozenges
$12.99
4.7 (30)
BUY NOW
Vitamin B12 500 mcg Tablets
$9.69
4.7 (26)
BUY NOW
Vitamin B12 Time Release 1000 mcg Tablets
$10.29
5.0 (3)
BUY NOW
Vitamin B12 Sublingual 1000 mcg Lozenges
$8.99
4.6 (36)
FIND A STORE
B6
NEW
Fall Asleep FASTER
Wellblends™ Fall Asleep Faster Gummies
B6
Vitamin B6 100 mg Tablets
Free Shipping $25 & Over
5:19:56 PM 5/31/2022


prosource.net
Trust ProSource to fill all your supplement needs! Orders placed before 3pm EST ship same day. Want to speak to a customer representative? Our phones are open M-F 9-5. Click here for more information.
PROSOURCE.NET
FREE SHIPPING ON ORDERS OVER $200
SHOP BY CATEGORY
ARTICLES
SUPER SALES
ABOUT US
SEARCH:
JOINT COMMAND
The Most Advanced and Comprehensive Joint Support Formula Ever Created
TOP 50 PRODUCTS
NEW PRODUCT SHOWCASE
ANDROTEST
$46.50
NEW NYTROWHEY ULTRA ELITE
$35.99
BETASTAX ELITE 3.0
$38.95
MYOZENE
$43.95
NYTROWHEY ORIGINAL
$47.50
NEW & IMPROVED
NYTROWHEY
5:21:55 PM 5/31/2022


prosource.net
AMINO FUSION
$29.99
SUPER VITAMIN C
$9.95
ZMA
$12.95
GLUTAMINE POWDER
$19.50
VECTRON
$44.50
THE WORLD'S BEST SUPER-PREMIUM PROTEIN IS NOW AN EVEN GREATER VALUE!
VIEW ALL TOP 50
PROTEIN POWDER
TESTOSTERONE BOOSTERS
MASS & STRENGTH BUILDERS
AMINO ACID SUPPLEMENTS
ARTICLES
VIEW ALL CATEGORIES
17 may
SETTING GOALS FOR SUMMER 2022 by Darrin Hills
09 may
HEART HEALTHY HABITS
Get Active and STAY Active Into Your 40s and Beyond
21 apr
JOINT COMMAND
The Most Advanced and Comprehensive Joint Support Formula Ever Created
5:22:27 PM 5/31/2022

prosource.net/collections/energy-endurance-boosting-supplements

Trust ProSource to fill all your supplement needs! Orders placed before 3pm EST ship same day. Want to speak to a customer representative? Our phones are open M-F 9-5. Click here for more information.

PROSOURCE® .NET

FREE SHIPPING ON ORDERS OVER $200

SHOP BY CATEGORY ARTICLES SUPER SALES ABOUT US

SEARCH:

Energy & endurance boosters

VENDOR

- BioQuest
- Celldyne
- ProSource

# ENERGY & ENDURANCE BOOSTERS

Sort by: Featured

26 Item(s) Show: 30




## EXTREME CAFFEINE

The world's most commonly used performance supplement, caffeine has long been linked to increases in work output and focus, and decreases in sensitivity to stress. ProSource Extreme Caffeine is combined with L-tyrosine for added focus support and buffered with calcium for extended ergogenic benefit.

$4.25




## BETA ALANINE POWDER - 200 GRAMS

ProSource was among the first manufacturers to recognize the role beta alanine plays in supporting endurance by buffering lactic acid and supporting muscle recovery via nitrogen transport. ProSource Beta Alanine is unparalleled for its purity and potency.

$12.50

5:23:14 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | Energy & Endurance Boosters – ...

prosource.net/collections/energy-endurance-boosting-supplements

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET



## ANDROTEST

The gold standard of natural testosterone enhancement technologies contains a full-spectrum botanical super compound unequaled for its purity, potency and effectiveness. Indeed, AndroTest has been documented in a brand-specific study in which test subjects experienced 59.75% average increases in total testosterone compared to baseline. AndroTest represents true clinical-grade T-boosting power!

$46.50



## GLUTAMINE POWDER

This recovery amino may be conditionally essential for sedentary people, but high-intensity athletes deplete glutamine reserves at a high rate, making glutamine an essential supplement. ProSource Glutamine comes in both powder and convenient capsule form and is formulated via the highest-quality sources.

$19.50



## SUPER AKG

Nothing beats walking onto the gym floor with an impressive muscle pump. ProSource-AKG provides a potent 3000 mg dose of pure arginine-AKG, precision-targeted to trigger a vein-gorging nitric-oxide-facilitated pump. Super-AKG is available in both powder and convenient capsule form.

$19.95

SALE -10%

OUT OF STOCK



## VYOCORE

VyoCore represents a giant leap forward in the science of performance enhancement and muscle maximization for a new generation of athletes. Unlike typical stimulant-packed pre-workout formulas, VyoCore combines a truly comprehensive, multi-pathway approach to performance optimization with advanced growth and energy co-factors that prime your body for strength and muscle mass increase. It is designed to support every aspect of athletic performance, endurance, recovery, hydration, mind-muscle connection, strength and muscle mass increase like no

5:23:34 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | Energy & Endurance Boosters – ...

prosource.net/collections/energy-endurance-boosting-supplements

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET



## L-LEUCINE

A great deal of recent research points to leucine's value as an anabolic trigger in muscle, up-regulating protein synthesis and shutting down post-workout catabolism. ProSource L-Leucine is an especially potent and powerful dosage of this crucial muscle-building amino.

$8.95



## L-LYSINE

This conditionally essential amino plays a role in a number of important bodily processes, including calcium absorption, nitrogen balance, enzyme production, collagen formation, and stress modulation. ProSource L-Lysine is derived from the highest-quality sources.

$5.25



## MYO-SURGE

ProSource's Myo-Surge® was and still is one of the most influential and groundbreaking products to appear in the pre-workout category. Myo-Surge is designed to create an ideal bodily environment for growth and strength increase via BCAAs, glutamine, and essential vitamin co-factors.

$18.50



## L-TYROSINE

This versatile amino has been shown in some research to enhance and support the effectiveness of thermogenic compounds (and is often found in diet-support products). It is also sometimes linked to support of focus and intensity. ProSource L-Tyrosine offers the highest-quality tyrosine in a 2000 mg dose.

$7.95

5:24:00 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | L-Leucine

prosource.net/collections/energy-endurance-boosting-supplements/products/l-leucine

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET

Trust ProSource to fill all your supplement needs! Orders placed before 3pm EST ship same day. Want to speak to a customer representative? Our phones are open M-F 9-5. Click here for more information.

PROSOURCE.NET

FREE SHIPPING ON ORDERS OVER $200

SHOP BY CATEGORY | ARTICLES | SUPER SALES | ABOUT US

SEARCH:

Energy & Endurance Boosters | L-Leucine




SKU: **PSP119-01**

## L-Leucine

ProSource

$8.95

FLAVOR:

L-LEUCINE

SIZE:

120 CAP(S)

QTY: 1 ADD TO CART

**FREE SHIPPING**

*on orders over $200*

We're proud to offer free shipping on all orders over $200 and $5.95 flat-rate shipping on most other orders.

DESCRIPTION | USAGE | SUPPLEMENT FACTS | REVIEWS

**PROSOURCE**

5:24:31 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | L-Leucine

prosource.net/collections/energy-endurance-boosting-supplements/products/l-leucine

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET




FLAVOR:

L-LEUCINE

SIZE:

120 CAP(S)

QTY: 1 ADD TO CART

DESCRIPTION | USAGE | SUPPLEMENT FACTS | REVIEWS

**PROSOURCE**

**L-LEUCINE**

Long associated with the related BCAAs, isoleucine and valine, leucine has lately emerged as a uniquely powerful anabolic agent in its own right. In clinical testing, leucine has demonstrated a remarkable capacity to decrease protein degradation and improve protein synthesis, especially after intense exercise. In fact, leucine is an essential component to building muscle as well as preserving gains by also providing anti-catabolic recovery. In other words, every bodybuilder should incorporate leucine into their regimen, either through protein formulas that have added amounts such as NytroWhey Ultra Elite, or as a single compound product like ProSource L-Leucine, which is one of the few leucine supplements available in a 100% pure, high-potency form.

Use as directed and with a sensible nutrition and exercise program. Read and follow all product label instructions and warnings thoroughly before use. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

5:27:52 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | Pre-Workout Supplements – Pro...

prosource.net/collections/pre-workout-supplements

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET

Trust ProSource to fill all your supplement needs! Orders placed before 3pm EST ship same day. Want to speak to a customer representative? Our phones are open M-F 9-5. Click here for more information.

PROSOURCE® .NET

FREE SHIPPING ON ORDERS OVER $200

0

SHOP BY CATEGORY | ARTICLES | SUPER SALES | ABOUT US

SEARCH:

Pre-workout supplements

VENDOR

- BioQuest
- Celldyne
- ProSource

# PRE-WORKOUT SUPPLEMENTS

Sort by: Featured

4 Item(s)

Show: 30



## MYO-SURGE

ProSource's Myo-Surge® was and still is one of the most influential and groundbreaking products to appear in the pre-workout category. Myo-Surge is designed to create an ideal bodily environment for growth and strength increase via BCAAs, glutamine, and essential vitamin co-factors.

$18.50



## FUSION FORCE

BioQuest's pioneering FusionForce pre-workout established the benchmarks for performance optimization upon its introduction, providing clinically indicated dosages of creatine monohydrate for cell volumization and strength support, arginine-AKG and citrulline malate for nitric-oxide potentiated vasodilation, plus energy support agents and more critical co-factors.

$32.95

5:29:23 PM 5/31/2022

TMEP | Pages - Welcome to Trademarks | Pages - Supplements (Dietary/N... | Post-Workout & Muscle Recover...

prosource.net/collections/post-workout-muscle-recovery-supplements

Apps | PTOWeb Homepage | Google | United States Paten... | Other trademark co... | Abbreviations and... | OneLook Dictionary... | Virginia State Bar | Response forms | U... | Check status and vi... | Lexis+ Legal Resear... | The Columbia Ency... | TM EXAM DOCKET

Trust ProSource to fill all your supplement needs! Orders placed before 3pm EST ship same day. Want to speak to a customer representative? Our phones are open M-F 9-5. Click here for more information.

PROSOURCE®.NET

FREE SHIPPING ON ORDERS OVER $200

0

SHOP BY CATEGORY | ARTICLES | SUPER SALES | ABOUT US

SEARCH:

Post-workout & muscle recovery supplements

VENDOR

- BioQuest
- ProSource

# POST-WORKOUT & MUSCLE RECOVERY SUPPLEMENTS

Sort by: Featured

21 Item(s)

Show: 30



## GLUTAMINE POWDER

This recovery amino may be conditionally essential for sedentary people, but high-intensity athletes deplete glutamine reserves at a high rate, making glutamine an essential supplement. ProSource Glutamine comes in both powder and convenient capsule form and is formulated via the highest-quality sources.

$19.50



## AFTER MASS

After Mass pioneered the rapid-action whey hydrolysate technology now exemplified in state-of-the-art formulas like NytroWhey Ultra Elite and MyoZene. It is one of the best-tasting hydrolyzed whey products and represents a terrific value.

$28.50

5:30:09 PM 5/31/2022



TMEP
Pages - Welcome to Trademarks
Pages - Supplements (Dietary/N...
B-12 Liquid Drops
prosource.net/products/b-12-liquid-drops
Trust ProSource to fill all your supplement needs! Orders placed before 3pm EST ship same day. Want to speak to a customer representative? Our phones are open M-F 9-5. Click here for more information.
PROSOURCE.NET
FREE SHIPPING ON ORDERS OVER $200
SHOP BY CATEGORY
ARTICLES
SUPER SALES
ABOUT US
SEARCH:
B-12 Liquid Drops
SKU: PSP237-01
B-12 Liquid Drops
Prosource
$9.95
SIZE:
2OZ
QTY:
1
ADD TO CART
FREE SHIPPING
on orders over $200
We're proud to offer free shipping on all orders over $200 and $5.95 flat-rate shipping on most other orders.
ULTRA PREMIUM GRADE
PROSOURCE
B-12
VITAMIN B-12 COMPLEX
5:31:01 PM 5/31/2022

| | |
|---|---|
| **To:** | Rahal Biosciences (docket@jpglegal.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90028364 - ARMRA - N/A |
| **Sent:** | May 31, 2022 05:43:51 PM |
| **Sent As:** | ecom108@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **May 31, 2022** for
**U.S. Trademark Application Serial No. 90028364**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action in order to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action.** This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams.** Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# EXHIBIT D

Gmail

Shana Sepkovic <shana@armasport.com>

# Return Received

7 messages

**Rachelle Hiles** <rachelle.hiles@shipcalm.com> Tue, Nov 15, 2022 at 3:37 PM
To: Shana Sepkovic <shana@armasport.com>

Hi Shana,

We received a return with the attached item in it. I'm not sure this is something we ship of yours. Can you tell me what you would like us to do with this? This is not something we have for another customer either.

Thanks!

**Rachelle Hiles**
Customer Account Manager

Please reach out to discuss our newly designed White Label Customer Service Program. Another solution for your business.

ShipCalm

2882 Whiptail Loop E, #150, Carlsbad, CA 92010
t: (760) 283-7307 ext: 104
e: rachelle.hiles@shipcalm.com
www.shipcalm.com
Facebook icon LinkedIn icon Instagram icon

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**3 attachments**




**IMG_20221114_115956213.jpg**
1997K



**IMG_20221114_120030408.jpg**
2439K



**IMG_20221114_120036325.jpg**
2548K

---

**Shana Sepkovic** <shana@armasport.com> Tue, Nov 15, 2022 at 5:46 PM
To: Rachelle Hiles <rachelle.hiles@shipcalm.com>

Hi Rachelle,

That's funny. No, that is not us. We are very familiar with the brand though.

Shana
[Quoted text hidden]
--
Thank you,

Shana Sepkovic
m: 858-232-7709
www.armasport.com
@armasport

---

**Rachelle Hiles** <rachelle.hiles@shipcalm.com> Tue, Nov 15, 2022 at 5:48 PM
To: Shana Sepkovic <shana@armasport.com>

Hi Shana,

I didn't think so but thought maybe it was some sort of branch to your brand since the name was so similar.  Should we just discard the item received?

Thanks,

Rachelle Hiles
[Quoted text hidden]
--
[Quoted text hidden]

---

**Shana Sepkovic** <shana@armasport.com> Tue, Nov 15, 2022 at 5:51 PM
To: Rachelle Hiles <rachelle.hiles@shipcalm.com>

Yes, please do.
[Quoted text hidden]

**Rachelle Hiles** <rachelle.hiles@shipcalm.com> Wed, Nov 16, 2022 at 10:00 AM
To: Shana Sepkovic <shana@armasport.com>

Thanks for letting us know! I've notified our receiving department to discard this item.

Thanks again!

**Rachelle Hiles**
Customer Account Manager

Please reach out to discuss our newly designed White Label Customer Service Program. Another solution for your business.

ShipCalm

2882 Whiptail Loop E, #150, Carlsbad, CA 92010
t: (760) 283-7307 ext: 104
e: rachelle.hiles@shipcalm.com
www.shipcalm.com
Facebook icon LinkedIn icon Instagram icon

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

[Quoted text hidden]

---

**Shana Sepkovic** <shana@armasport.com> Sun, Dec 4, 2022 at 12:49 PM
To: Scott Sepkovic <scott@armasport.com>

fyi
[Quoted text hidden]
[Quoted text hidden]

**3 attachments**




**IMG_20221114_115956213.jpg**
1997K



**IMG_20221114_120030408.jpg**
2439K

# EXHIBIT E

Gmail

Shana Sepkovic <shana@armasport.com>

**ARMA Sport Order**
4 messages

**Shana Sepkovic** <shana@armasport.com>
To: dqstricklin84@gmail.com

Hello - please let us know what you would like to return.

--
ARMA
**Shana Sepkovic** | Co-Founder
shana@armasport.com | (858) 232-7709
**ARMA Sport**
https://www.armasport.com

**Drew Stricklin** <dqstricklin84@gmail.com> Tue, Mar 19, 2024 at 11:26 AM
To: Shana Sepkovic <shana@armasport.com>

The performance revival. It doesn't taste great and doesn't mix well. I think I just need to stick to the immune revival.

Sent from my iPhone

On Mar 19, 2024, at 1:19 PM, Shana Sepkovic <shana@armasport.com> wrote:

[Quoted text hidden]

**Shana Sepkovic** <shana@armasport.com> Tue, Mar 19, 2024 at 5:12 PM
To: Scott Sepkovic <scott@armasport.com>, "Scott P. Shaw" <sshaw@merchantgould.com>

Here's an example of a customer wanting to return an ARMRA product and contacted ARMA about a return in error.
[Quoted text hidden]

**Shana Sepkovic** <shana@armasport.com> Tue, Mar 19, 2024 at 5:15 PM
To: Scott Sepkovic <scott@armasport.com>, "Scott P. Shaw" <sshaw@merchantgould.com>

This was an inquiry on our website via the tidio chatbot. They were on the ARMA site and still thought they were communicating with ARMRA.


**Email sent from:**
dqstricklin84@gmail.com
TIDIO

Chat started on:
https://armasport.com/pages/returns#mobile-widget

dqstricklin84@gmail.com - 11:00:58
Return

dqstricklin84@gmail.com - 11:01:20
How do I return an opened bottle

dqstricklin84@gmail.com - 11:01:49
Okay

Open this conversation in Tidio

or you can reply to this email to reach out to the customer

[Quoted text hidden]

# EXHIBIT F

Gmail

Shana Sepkovic <shana@armasport.com>

## ARMA Return Request

5 messages

**Shana Sepkovic** <shana@armasport.com>
To: medobbs05@gmail.com

Hello,

We received a message about returning your order. Could you provide us with your order number?

Thank you,
Shana

--
ARMA

**Shana Sepkovic** | Co-Founder
shana@armasport.com | (858) 232-7709

**ARMA Sport**
https://www.armasport.com

**MEGAN O'MEARA** <medobbs05@gmail.com> Mon, May 20, 2024 at 5:51 PM
To: Shana Sepkovic <shana@armasport.com>

Sure. I had it on a subscription so the last order was #1618082

Thanks,
Megan O'Meara

Sent from my iPhone

> On May 20, 2024, at 19:33, Shana Sepkovic <shana@armasport.com> wrote
>
> [Quoted text hidden]

**Shana Sepkovic** <shana@armasport.com> Mon, May 20, 2024 at 7:26 PM
To: MEGAN O'MEARA <medobbs05@gmail.com>

Hi Megan,

I'm not finding anything under that order number or your name.

Thank you,
Shana

> On May 20, 2024, at 5:51 PM, MEGAN O'MEARA <medobbs05@gmail.com> wrote:
>
> [Quoted text hidden]

**MEGAN O'MEARA** <medobbs05@gmail.com> Tue, May 21, 2
To: Shana Sepkovic <shana@armasport.com>

This was the email that I received with that order number.

05:09

All Inboxes **Your order is confi...**

ARMRA
COLOSTRUM™

# Order Confirmation

Hi Megan,

Thank you for your purchase!

This email confirms your order. We are so excited for you to receive your ARMRA.

We will send you another email as soon as your order has shipped.

You can follow the status of your order by clicking the button below:

View Order Status >

---

Order No. #1618082

Sent from my iPhone

> On May 20, 2024, at 22:26, Shana Sepkovic <shana@armasport.com> wrote:
>
> Hi Megan,
> [Quoted text hidden]

---

# EXHIBIT G

Gmail

Shana Sepkovic <shana@armasport.com>

**Fwd: Your order is confirmed. Prepare to feel invincible.**
1 message

**Robin Barca** <rbarca711@gmail.com> Thu, Jun 6, 2024 at 11:48 AM
To: shana@armasport.com

---------- Forwarded message ---------
From: **ARMRA Colostrum Support** <x8w4pgwxq4d5k1z0@emails.gorgias.com>
Date: Thu, Jun 6, 2024 at 10:33 AM
Subject: Re: Your order is confirmed. Prepare to feel invincible.
To: Robin Barca <rbarca711@gmail.com>

Hello Robin,

Thank you for reaching out to ARMRA! Our Customer Care team is available Monday through Friday, from 9 a.m. to 5 p.m. EDT. We sincerely appreciate your patience as we aim to provide a great experience during your time with us.

Our team is diligently working to get back to you soon. In the meantime, here are links to get you quick answers to our most commonly asked questions:

- To view or manage your subscription, account, or orders, simply log into your account here: MANAGE ACCOUNT
- If you have questions about ARMRA Colostrum, our Help Center has a wealth of information you may find useful about the science, research, and many benefits of our products. You can access it here: HELP CENTER.

We can't wait to support you on your ARMRA journey. You can expect to hear from us as soon as possible.

In health,

ARMRA Colostrum Customer Care

On Thu, Jun 06 2024, at 05:33 PM, Robin Barca <rbarca711@gmail.com>

> My son does not like this flavor.
> Can you please send the flavorless instead?
> Thanks so much!
> I've tried calling your customer service number and keep being disconnected.
> Can you call me at 916-220-9500.

# EXHIBIT H

Gmail

Shana Sepkovic <shana@armasport.com>

**Tidio [2 new messages] beth4tennis@aol.co (beth4tennis@aol.co)**
1 message

**Tidio** <no-reply@tidioreply.com> Fri, Jun 14, 2024 at 3:31 AM
Reply-To: beth4tennis@aol.co
To: shana@armasport.com

**Email sent from:**
**beth4tennis@aol.co**

TIDIO

Chat started on:
https://armasport.com/pages/returns#mobile-widget

**beth4tennis@aol.co** - 03:26:20
I spoke to my DR and he doesn't want me starting to use the colostrum . My jar is unopened and I'd like to return it.

**beth4tennis@aol.co** - 03:26:47
Beth4tennis@aol.com

**Open this conversation in Tidio**

or you can reply to this email to reach out to the customer




## Don't miss any chat again!

Download TIDIO app on your smartphone and manage all chats from the app wherever you are. Get it now for free.

Download on the App Store    GET IT ON Google Play

**Name**: beth4tennis@aol.co    **Email**: beth4tennis@aol.co    **Location**: United States

**IP**: 24.2.203.202

---

TIDIO

Copyright © 2024 Tidio, All rights reserved.
Our mailing address is:
support@tidio.net

---



**grnDS278Bh**
43K

# EXHIBIT I

arma supplements

Sign in

All Images Shopping Videos Forums News Maps More Tools

**Sponsored**




ARMRA Colostrum...
**$109.99**
ARMRA




ARMRA Performance...
**$79.99**
ARMRA




Seed DS-01 Synbiotic...
**$49.99**
Seed
$37.49 with c...




ARMRA Colostrum...
**$119.99**
ARMRA




ARMRA Colostrum...
**$39.99**
ARMRA




Gruns Alternative -...
**$79.00**
Athletic Greens




ARMRA Performance...
**$180.48**
ARMRA




Manna Vitality
**$111.00**
Manna Vitality

**Sponsored**

tryarmra.com
https://www.tryarmra.com

## Whole Body Health Starts Here

New Customers Save 30% ARMRA Colostrum™ is a Natural Whole Food With Over 400+ Functional Bioactive Nutrients. Pure & Potent ARMRA Colostrum™ Concentrate. Get Your Bulk Jar Or Stick Packs Today. All Natural & Vegetarian. Research-Backed. All-Natural Ingredients. Made In The USA.

### Our Story & Mission

We're ARMRA. The Revival Of Health Rebuilding Health From Inside Out

### The Benefits & Results

Transformative Health Benefits Backed By Clinical Research Studies

Arma Sport
https://armasport.com

## Arma Sport

Choose **ARMA** Sport for rigorously tested, athlete-trusted **supplements**. Our Informed Sport Certification ensures purity, quality, and transparency in every batch.
Reload · About ARMA Sport · Shop All · Athlete Sponsorship

ARMRA Colostrum
https://tryarmra.com

## ARMRA Colostrum™ | The Revival of Health

ARMRA Colostrum™ is the first bioactive food that builds it back. Harnessing the power of over 400+ functional, research-backed nutrients from colostrum, ARMRA ...
Immune Revival Unflavored... · The Benefits · Shop · Our Story

## Discussions and forums

Is ARMRA a scam?
Reddit · r/Supplements · 40+ comments · 1y ago

Anyone here try Armra supplement?

Reddit · r/Microbiome · 220+ comments · 1y ago

arma or ryno power - Moto-Related - Motocross Forums / Message Boards

Vital MX · 4y ago

See more →

## People also ask

What is arma energy?

Where are redcon1 supplements made?

What is RTD supplements?

Feedback

Amazon
https://www.amazon.com › Arma Sport › All Products

### Arma Sport: All Products

All **Arma** Sport brand **supplements** and hydration products for endurance sports ... **Supplement** with Cluster Dextrin – for Pre, During, Post Workout - 225g Tub.
4.5 store rating (4.3K) · 30-day returns

Arma Sport
https://armasport.com › All Posts

### Fuel Your Motocross Performance with the Ultimate Li

Jun 4, 2023 — When it comes to optimizing your motocross performance, **ARMA** Protein **Supplements** provides the ideal arsenal of products tailored to meet the ...

Reddit · r/Supplements
40+ comments · 1 year ago

### Anyone ever heard of/tried ARMRA Colostrum?

It was created by a Pediatric Neurologist and key benefits include: Strengthen Immunity • Ignite Metabolism • Fortify Gut Health • Restore ...
11 answers · Top answer: I have been taken it for about 8 weeks now: feel like nicer skin but hai...

Instagram · armasport
610+ likes · 1 year ago

### ARMA Sport - Workout routine with @jeremymcgrath

Workout routine with @jeremymcgrath **ARMA supplements** have all the best ingredients to support your fitness goals and help you level up ...

Racer X
https://racerxonline.com › 2023/02/23 › moto-training-...

### Moto Training Supplements: Arma's All-in-One Wonder

Feb 23, 2023 — Once they're let loose, they help regulate muscle and nerve function and balance blood pressure. Meanwhile, branched-chain amino acids, called ...

Racer X
https://racerxonline.com › 2023/05/24 › arma-protein-s...

### Arma Protein Supplements: Fuel Your Moto Performance ...

May 24, 2023 — It helps counter mid- workout stamina drop-off with our all-natural blend of branched-chain amino acids, a novel form of carbohydrate called ...

Men's Journal
https://www.mensjournal.com › nutrition › armra-colost...

ARMRA Colostrum Review: We Tried This 'Superfood ...

Jun 27, 2024 — The **supplement** is available in Blood Orange, Vine Watermelon, Peach Persimmon, and Unflavored options. The flavored versions use only organic ...

Pros and cons: Pleasant and fruity · My skin seems to look glowier when I take it regularly · View full list

People also search for

| | |
|---|---|
| ARMA **Sport** | Arma **Products** |
| **ARMRA Colostrum** | ARMA **drink** |
| ARMA **Protein** | ARMA **Blitz** |
| ARMA **energy drink** | Arma **health** |

1 2 3 4 5 6 7 8 9 10 Next

**Westside, Charleston, SC** - From your device - Update location